Approved.

**s/ William H. Baughman, Jr.**
**William H. Baughman, Jr.**
**United States Magistrate Judge**

**Date:** **March 17, 2020**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MTD PRODUCTS INC.** | ) | Civil Action No. 1:19-cv-2734 |
| | ) | |
| and | ) | MAGISTRATE JUDGE WILLIAM H. |
| | ) | BAUGHMAN, JR. |
| **F. ROBOTICS ACQUISITIONS LTD.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FUTUREGENROBOTICS, LLC** | ) | |
| | ) | **JOINT STIPULATION OF DISMISSAL** |
| and | ) | **WITH PREJUDICE** |
| | ) | |
| **MICHAEL LETSKY,** | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs, MTD Products Inc. and

F. Robotics Acquisitions Ltd. ("Plaintiffs"), and Defendants, Futuregenrobotics, LLC and Michael

Letsky ("Defendants"), (collectively, the "Parties") jointly stipulate to the dismissal *with prejudice*

of this litigation in its entirety, with each Party to bear its own attorneys' fees and costs.